

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

2007

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2007

BY HAND

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:  Jakim Mowatt v. United States,
             07 Civ 6053 (AKH)

Dear Judge Hellerstein:

        The Government writes to request an adjournment of the
deadline to file its response to Mr. Mowatt's motion under 28
U.S.C. § 2255.  The current deadline is today, October 15, 2007.

        On September 14, 2007, the Government sought and
subsequently received a 30 day adjournment of the time to file
its habeas response.  The purpose of the request was to permit
Sam Braverman, Mr. Mowatt's counsel at the plea and sentencing,
additional time to prepare an affidavit addressing the factual
allegations made by Mr. Mowatt.

        On Friday, October 12, I received a message from Mr.
Braverman's office requesting an additional thirty days to
complete his affidavit.  Mr. Braverman is currently on trial in a
state murder case, and has also requested some additional
documents from the file which have not yet arrived.   The
Government would need a period of time after receiving this
affidavit to prepare its response.



Accordingly the Government respectfully requests that the Court set the following schedule:

Deadline for Mr. Braverman's affidavit:      Nov. 12, 2007
Deadline for the Government's response:       Nov. 26, 2007

Please contact me if the Your Honor has any questions about the matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:    _William J. Harrington_
       William J. Harrington
       Assistant U.S. Attorney
       (212) 637-2331

cc by U.S. Mail:
    Jakim Mowatt
    USMS # 58979-054
    Pro se
    UPS Lewisburg
    P.O. BOX 1000
    LEWISBURG, PA   17837